# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CORNELIUS PAIGE**                                                                                   **PETITIONER**

VS.                              CASE NO.: 5:14CV00027 BD

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                **RESPONDENT**

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered in favor of Respondent Ray Hobbs. Cornelius Paige's 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #1) is DENIED and DISMISSED, with prejudice.

DATED this 2nd day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE